No. 2739. Martínez et al., Apelantes, *v.* Soto, Apelado.— C. de D. de Aguadilla. R. feb. 15, 1924.

Celebrada la vista de esta apelación interpuesta contra

resolución denegatoria de un nuevo juicio, con asistencia de los abogados de ambas partes.

POR CUANTO, el alegato de la parte apelante no establece que la corte inferior hubiera quedado obligada por la resolución del Departamento de Sanidad, o que la mera cancelación del permiso para construir necesaria o probablemente hubiera producido un resultado distinto;

POR CUANTO, la investigación en que se basó tal resolución había sido hecha varias semanas antes del juicio como resultado de quejas presentadas por los apelantes en el Departamento de Sanidad, y no se hizo demostración alguna de la diligencia que se ejercitara, si alguna se ejercitó, para descubrir antes del juicio la acción que se hubiera tomado sobre dichas quejas;

POR CUANTO, no aparece que el resultado de tal investigación no fuera, en todo caso, prueba acumulativa; y

POR CUANTO, por razón de los fundamentos en que esta corte se basó para confirmar, en diciembre 17, 1923, la sentencia en la apelación Nò. 2994, (p. 607), las cuestiones que aquí se pretende levantar resultan académicas;

POR TANTO, la resolución de la corte inferior de marzo 24, 1922, desestimando la moción de nuevo juicio, es por la presente confirmada.